# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

_____

**JUDGMENT IN A CIVIL CASE**

BARBARA DUNLAP,

    Plaintiff,

    V.                                      Case No. 04-3208-CV-S-REL-SSA

JO ANNE B. BARNHART,

    Defendant.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED** that plaintiff's claim is denied.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed.

Entered on: May 3, 2005

                                                        P. L. BRUNE
                                                        CLERK OF COURT

                                                       */s/ Bonnie Rowland*
                                                       Courtroom Deputy